Kevin R. McCarthy, VSB No. 14273
McCarthy & White, PLLC
8508 Rehoboth Court
Vienna, VA 22182
703-770-9261
krm@mccarthywhite.com
Attorneys for the Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| In re: | \* | |
| | \* | |
| HCB (2020), LLC | \* | Case No. 20-12600-KHK |
| | \* | (Chapter 7) |
| Debtor(s). | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TRUSTEE'S REPORT OF SALE
(Remnant Assets)

Kevin R. McCarthy, the Trustee, pursuant to Fed. R. Bankr. P. 6004(f), hereby reports that he sold remnant assets to Dewar Capital, LLC for $35,000 in accordance with the Court's Order Granting Motion Of Chapter 7 Trustee For An Order Approving The Sale Of Certain Assets Of The Debtor's Estate Free And Clear Of Liens, Claims, Interests, And Encumbrances Pursuant To 11 U.S.C. §§ 105 And 363 And Related Relief entered on July 28, 2025, as Docket Entry No. 307.

Respectfully submitted,

/s/ Kevin R. McCarthy
Kevin R. McCarthy, VSB No. 14273
McCarthy & White, PLLC
8508 Rehoboth Court
Vienna, VA 22182
703-770-9261
krm@mccarthywhite.com
Attorneys for the Trustee

CERTIFICATE OF SERVICE

    I hereby certify that on the 29th day of July, 2025, I served a copy of the foregoing through the court's ecf system on all registered ecf participants who have appeared in this case.

    <u>/s/ Kevin R. McCarthy</u>
    Kevin R. McCarthy